AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:14-CV-00962-MHS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Richard Bennett, Member of GA Board of Dentistry
was received by me on *(date)* _____.

☑ I personally served the summons on the individual at *(place)* Bennet Family Dentistry
1200 Sherwood Park Dr., Gainesville, Ga 30501 on *(date)* 04/14/2014 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 04/14/2014

*Marsha Lausman*
Server's signature

MARSHA LAUSMAN - PROCESS SERVER
Printed name and title

1425 BENTEEN AVE.
ATLANTA, GA 30315
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | |
|---|---|
| TRISHA ECK, <br><br> *Plaintiff(s)* <br> v. <br> TANJA D. BATTLE, in her official capacity as Executive Director of the Georgia Board of Dentistry, et al. <br><br> *Defendant(s)* | Civil Action No. 1:14-cv-0962 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Richard Bennett, in his official capacity as a Member of the Georgia Board of Dentistry
Bennett Family Dentistry
1200 Sherwood Park Drive, NE
Gainesville, GA 30501

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Yasha Heidari (GA Bar No. 110325)
Heidari Power Law Group, LLC
P.O. Box 79217
Atlanta, GA 30357
Tel: (404) 939-2742

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

James N. Hatten

*CLERK OF COURT*

Date: 04/01/2014

s/Beverly Gutting

*Signature of Clerk or Deputy Clerk*